# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT VAUGHN

NO. 2019 KW 1196

NOV 1 2 2019

In Re: Bryant Vaughn, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 577210.

BEFORE: WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

WRIT DENIED ON THE SHOWING MADE.

VGW
WJC

**Guidry, J.,** dissents and would grant the writ application. The victim never stated that relator used any force or violence against her, and the investigating officer failed to elaborate on the nature of the statements of the other witnesses who were present during the incident in question. See **State v. Broadway,** 96-2659 (La. 10/19/99), 753 So.2d 801, 808, cert. denied, 529 U.S. 1056, 120 S.Ct. 1562, 146 L.Ed.2d 466 (2000). Therefore, the State failed to prove beyond a reasonable doubt that relator committed domestic abuse battery.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT